U.S. DISTRICT COURT
ESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 3 0 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANMOL ALOK KUMAR SHARMA                DOCKET NO. 15-cv-2126; SEC. P
(A#088639136)

VERSUS                                 JUDGE DRELL

DAVID COLE, ET AL.                     MAGISTRATE JUDGE KIRK

REPORT AND RECOMMENDATION

Before the Court is a petition for writ of *habeas corpus* (28 U.S.C. §2241) filed by pro se Petitioner Anmol Alok Kumar Sharma. At the time of filing on August 2, 2015, Petitioner was an immigration detainee in the custody of the Department of Homeland Security/Bureau of Immigration and Customs Enforcement (DHS/ICE). He was being detained at the LaSalle Detention Center in Jena, Louisiana. Petitioner challenges his continued detention pending removal.

According to the ICE Inmate Locator service, Petitioner is no longer in DHS/ICE custody. The release from custody renders Sharma's Petition for Writ of Habeas Corpus moot, as he has achieved the relief sought in his habeas petition.

For the foregoing reasons, **IT IS RECOMMENDED** that Sharma's habeas petition be **DISMISSED AS MOOT**.

**Under the provisions of 28 U.S.C. §636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the clerk of court. No other briefs or**

responses (such as supplemental objections, reply briefs etc.) may be filed. Providing a courtesy copy of the objection to the magistrate judge is neither required nor encouraged. Timely objections will be considered by the district judge before he makes his final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT UPON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE TO WHICH THE PARTY DID NOT OBJECT.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 30th day of September, 2015.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE