U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 7 2015

TONY R. MOORE, CLERK
BY _____ DEPU

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ANMOL ALOK KUMAR SHARMA**          **DOCKET NO. 15-cv-2126; SEC. P**
**(A#088639136)**

**VERSUS**          **JUDGE DRELL**

**DAVID COLE, ET AL.**          **MAGISTRATE JUDGE KIRK**

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the §2241 petition be and is hereby **DISMISSED AS MOOT.**

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 26th day of _October_, 2015.

**CHIEF JUDGE DEE D. DRELL**
**UNITED STATES DISTRICT COURT**